**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: BROOKS, BEVERLY § | Case No. 10-52589 |
| § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 on 08/09/2011 in Courtroom 644, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/07/2011     By: /s/RICHARD M. FOGEL
                                 Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
(312) 276-1334
rfogel@shawgussis.com

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: BROOKS, BEVERLY § Case No. 10-52589
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 4,000.09 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 4,000.09 |
| **Balance on hand:** | $ 4,000.09 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 4,000.09 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - RICHARD M. FOGEL | 1,000.02 | 0.00 | 1,000.02 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 1,000.02 |
| Remaining balance: | $ 3,000.07 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---:|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 3,000.07 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 3,000.07 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,745.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 30.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for WFNNB | 207.00 | 0.00 | 63.73 |
| 2 | American InfoSource LP as agent for WFNNB | 2,270.46 | 0.00 | 698.96 |
| 3 | CANDICA L.L.C. | 540.14 | 0.00 | 166.28 |
| 4 | Chase Bank USA, N.A. | 1,167.85 | 0.00 | 359.52 |
| 5 | Capital One Bank (USA), N.A. | 3,962.00 | 0.00 | 1,219.69 |
| 6 | TARGET NATIONAL BANK | 344.57 | 0.00 | 106.08 |
| 7 | Verizon Wireless | 287.39 | 0.00 | 88.47 |
| 8 | PYOD LLC, as assignee of Citibank, NA | 209.39 | 0.00 | 64.46 |
| 9 | PYOD LLC, as assignee of Citibank, NA | 395.72 | 0.00 | 121.82 |
| 10 | GE Money Bank | 360.68 | 0.00 | 111.03 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 3,000.04 |
| Remaining balance: | $ | 0.03 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.03

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.03

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 10-52589-PSH
Beverly Brooks                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dgomez              Page 1 of 2              Date Rcvd: Jul 08, 2011
                              Form ID: pdf006           Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 10, 2011.
```
db           +Beverly Brooks,    9146 S Yates,    Chicago, IL 60617-3867
aty          +Ernest Eugene Wiley, Jr,    Ernest Wiley & Associates,    1701 S 1st Avenue Suite #204,
               Maywood, IL 60153-2400
tr           +Richard M Fogel,    Shaw Gussis Fishman Glantz Wolfson,    321 N Clark Street  Suite 800,
               Chicago, IL 60654-4766
16567278     +5th/3rd Bank - CLC,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
16567279     +Barclays Bank Deleward,    125 S West,    Wilmington, DE 19801-5014
16470952     +Beneficial HFC,    2700 Sanders Rd,    Prospect Heights, IL 60070-2701
16999539     +CANDICA L.L.C.,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
16470953     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One Bank,     POB 85015,   Richmond, VA 23285)
16567281     +Capital One Bank,    P O Box 85520,    Richmond, VA 23285-5520
17080373      Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 248839,
               Oklahoma City, OK  73124-8839
16567282     +Catherines,    1103 Allen Dr,    Milford, OH 45150-8763
17071970      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16567283     +Chase Card Services,    P O Box 15298,    Wilmington, DE 19850-5298
16470954     +Citimortgage Inc,    15851 Clayton Rd,    Ballwin, MO 63011-2211
16567285     +HSBC Bank,    P O Box 81622,    Salinas, CA 93912-1622
16567286     +HSBC CARSONS,    P O Box 15521,    Wilmington, DE 19850-5521
16567287      Macy's/DSNB,    911 Duke Blvd,    Mason, OH 45040
16470955      Macys DSNB,    911 Duke Blvd,    Mason, OH 45040
17307968     +PYOD LLC its successors and assigns as assignee of,     Citibank, NA, NA,
               c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
16567288     +RJM Acauistions, LLC,    575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
16567289     +Sears/CBD,    P O Box 6189,    Sioux Falls, SD 57117-6189
17126662     +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
16567290     +THD/CBSD,    P O Box 6497,    Sioux Falls, SD 57117-6497
16567291     +TNB Target,    3701 Wayzata Blvd,    Minneapolis, MN 55416-3401
16567293     +Village of Bedford Park,    6701 S Archer Rd,    Summit Argo, IL 60501-1936
16567294     +WFNB/Value City,    P O Box 182303,    Columbus, OH 43218-2303
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16988328      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 09 2011 01:23:53
               American InfoSource LP as agent for WFNNB,    as assignee of,   Value City Furniture,
               PO Box 248872,    Oklahoma City, OK  73124-8872
16988301      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 09 2011 01:23:53
               American InfoSource LP as agent for WFNNB,    as assignee of,   Fashion Bug,   PO Box 248872,
               Oklahoma City, OK  73124-8872
17406297      E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2011 01:35:13     GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16567284     +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2011 01:30:22     GEMB/JC Penney,    P O Box 981402,
               EL Paso, TX 79998-1402
16567292     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Jul 09 2011 01:34:08     Verizon Wireless,
               Customer Service Dept,    P O Box 105378,    Atlanta, GA 30348-5378
17307852     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Jul 09 2011 01:24:03     Verizon Wireless,
               PO BOX 3397,    Bloomington, IL 61702-3397
                                                                                              TOTAL: 6
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16567280*    +Beneficial/HFC,    2700 Sanders Rd,    Prospect Heights, IL 60070-2701
16567277     ##Citimortgage Inc,    P O Box 9438,    Gaithersburg, MD 20898-9438
                                                                                  TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1           User: dgomez              Page 2 of 2              Date Rcvd: Jul 08, 2011
                               Form ID: pdf006           Total Noticed: 32

               ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 10, 2011**                    **Signature:**    _Joseph Speetjens_